# PAYMENT BOND
(See instructions on reverse)

**DATE BOND EXECUTED** (Must be same or later than date of contract)
October 28, 2003

OMB No.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, D.C. 20405.

Bond No. 17010125

**PRINCIPAL** (Legal name and business address)

SIGAL Construction Corporation
3299 K Street N.W.
Suite 100
Washington, DC  20007

**TYPE OF ORGANIZATION** ("X" one)

☐ INDIVIDUAL    ☐ PARTNERSHIP
☐ JOINT VENTURE    ☒ CORPORATION

**STATE OF INCORPORATION**
Maryland

**SURETY(IES)** (Name(s) and business address(es))

Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA  02117

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 38 | 692 | 598 | 26 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 10/28/2003 | GS-11P03MKC0067 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

SIGAL Construction Corporation

SIGNATURE(S): /s/ (Seal)

NAME(S) & TITLE(S) (Typed): Richard S. Goldberg, Senior Vice President & Chief Financial Officer

**INDIVIDUAL SURETY(IES)**

(Seal)

**CORPORATE SURETY(IES)**

NAME & ADDRESS: Liberty Mutual Insurance Company

STATE OF INC: Massachusetts

LIABILITY LIMIT:

SIGNATURE(S): /s/ Angela J. Lawrence

NAME(S) & TITLE(S) (Typed): Angela J. Lawrence, Attorney-in-Fact

EXHIBIT 1

CORPORATE SURETY(IES) (Continued)

| SURETY | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ |
|---|---|---|---|
| C | | | |
| | SIGNATURE(S) 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | |
| D | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | |
| E | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | |
| F | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | |
| G | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | |

Each row also has "Corporate Seal" marking at right.

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal," and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

## NOTICE FROM SURETY REQUIRED BY
## TERRORISM RISK INSURANCE ACT OF 2002

In accordance with the Terrorism Risk Insurance Act of 2002 (referred to hereinafter as the "Act"), this disclosure notice is provided for surety bonds on which one or more of the following companies is the issuing surety: Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; LM Insurance Corporation; The First Liberty Insurance Corporation; Liberty Insurance Corporation; Employers Insurance Company of Wausau (formerly "EMPLOYERS INSURANCE OF WAUSAU A Mutual Company"); Peerless Insurance Company; and any other company that is a part of or added to the Liberty Mutual Group for which surety business is underwritten by Liberty Bond Services (referred to collectively hereinafter as the "Issuing Sureties").

### NOTICE FORMS PART OF BOND

This notice forms part of surety bonds issued by any one or more of the Issuing Sureties.

### DISCLOSURE OF PREMIUM

The premium attributable to any bond coverage for "acts of terrorism" as defined in Section 102(1) of the Act is Zero Dollars ($0.00).

### DISCLOSURE OF FEDERAL PARTICIPATION
### IN PAYMENT OF TERRORISM LOSSES

The United States will reimburse the Issuing Sureties for ninety percent (90%) of any covered losses from terrorist acts certified under the Act exceeding the applicable surety deductible.

181087

This Power of Attorney limits the act of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

TO CONFIRM THE VALIDITY OF THIS POWER OF ATTORNEY CALL 1-610-832-8240 BETWEEN 9:00 am AND 4:30 pm EST ON ANY BUSINESS DAY.

LIBERTY MUTUAL INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS:

That Liberty Mutual Insurance Company (the "Company"), a Massachusetts mutual insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint, MARECO U. EDWARDS, ANGELA J. LAWRENCE, MELANIE R. MILLER, JOHN W. BOYER, KIRK V. METCALF, ALL OF THE CITY OF HUNT VALLEY, STATE OF MARYLAND.................................................................
. each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding FIFTY MILLION****** DOLLARS ($50,000,000.00************) each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

ARTICLE XVI - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer or other official of the company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the company by their signature and execution of any such instruments and to attach thereto the seal of the company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

Pursuant to Article XVI, Section 5 of the By-Laws, Assistant Secretary, Garnet W. Elliott is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization above set forth are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this instrument has been subscribed by its authorized officer and the corporate seal of the said Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this 28th day of February, 2001.

LIBERTY MUTUAL INSURANCE COMPANY

By _____
Assistant Secretary, Garnet W. Elliott

COMMONWEALTH OF PENNSYLVANIA ) ss
COUNTY OF PHILADELPHIA)

On this 28th day of February, A.D. 2001, before me, a Notary Public, personally came the individual, known to me to be the therein described individual and officer of Liberty Mutual Insurance Company who executed the preceding instrument, and he acknowledged that he executed the same and that the seal affixed to the said preceding instrument is the corporate seal of said company; and that said corporate seal and his signature subscribed thereto was duly affixed and subscribed to the said instrument by authority and direction of the said company.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix my official seal at Plymouth Meeting, PA, the day and year first above written.

NOTARIAL SEAL
LINDA MILLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Sept. 3, 2001

_____
Notary Public