# CAIN & WYROUGH, P.C.

Attorneys-at-Law
15051 Marlboro Pike
Upper Marlboro, Maryland 20772
(301) 627-4600
fax: (301) 627-2716
Sloane@SoMdLaw.com

Steven T. Cain*
Richard R. Page Wyrough
Annette DeCesaris
Sloane R. Franklin
*Also admitted in the District of Columbia
------------
Of Counsel:
  John W. Mitchell

September 27, 2005

**_Certified Mail_**

<u>NOTICE OF PAYMENT BOND CLAIM</u>

Sigal Construction Corporation
3299 K Street, NW
Washington, DC 20007

Re:     Old State Build Out – Old State Department
        Contract No.:       GS-11P03MKC0047
        Project Address:    NCR 7th & D Streets, NW
                            Washington, D.C. 20406
        Bond No.:           017010125
        Surety:             Liberty Mutual Insurance Co.
        My File No.:        7291

To Whom It May Concern:

This letter is to put Sigal Construction Corporation on notice, pursuant to 40 U.S.C. § 270b, that our client, Capital Mechanical Contractors, Inc. d/b/a CMC Sheet Metal is making a claim against the payment bond Sigal Construction Corporation was required to post for the above project. Please provide this office with a copy of said payment bond.

CMC Sheet Metal entered into a contract with your subcontractor Tyler Mechanical Contraction, Inc. for fabricating and installing duct work at the above location. CMC Sheet Metal furnished the necessary labor and material to complete such work and billed Tyler Mechanical Contraction, Inc. appropriately. As of the date of this letter there is Five Hundred Sixty-One Thousand Six Hundred Forty-Nine Dollars ($561,649.00) is still due and owed. CMC Sheet Metal last performed services at this project on July 11, 2005.

Your attention to this matter is greatly appreciated.

**EXHIBIT**

**4**

Very truly yours,

Sloane R. Franklin

/srf

cc:    Roger Wolfe – CMC Sheet Metal
       Edwin Hubbard – Liberty Mutual

M:\Docs\SRF\CMC\Sigal.Ltr.wpd