**FILED**

JUL - 7 2006

CO-386-online
10/03

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| United States of America )<br>for the use of Capital Mechanical Contractors, Inc. )<br>t/a CMC Sheet Metal )<br>)<br>　　　　　　　　Plaintiff )<br>　　vs )<br>)<br>Liberty Mutual Ins. Co., et al. )<br>)<br>)<br>　　　　　　　　Defendant ) | Civil Action N<br><br>CASE NUMBER   1:06CV01232<br><br>JUDGE: Henry H. Kennedy<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 07/__/2006 |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Capital Mechanical Contractors, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

　None

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　Signature

362324　　　　　　　　　　　　　　　　　　Steven T. Cain
BAR IDENTIFICATION NO.　　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　　　　15051 Marlboro Pike
　　　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　　　Upper Marlboro, MD 20772
　　　　　　　　　　　　　　　　　　　　　　City　　　　State　　　Zip Code

　　　　　　　　　　　　　　　　　　　　　　(301) 627-4600
　　　　　　　　　　　　　　　　　　　　　　Phone Number

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2006 JUL -7 PM 4:38
FILING DEPOSITORY
DISTRICT COURT

