**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITAL MECHANICAL CONTRACTORS, INC. | * |
|     Plaintiff, | * |
| vs. | *   Case No.: 1:06-CV-01232-HHK |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | * |
|     Defendants. | * |

**LINE**

Clerk:

Please enter this matter as "SETTLED, SATISFIED, and DISMISSED WITH PREJUDICE".

Thank you.

Respectfully submitted,

CAIN & WYROUGH

 /s/ Richard R. Page Wyrough
RICHARD R. PAGE WYROUGH, #02821
STEVEN T. CAIN, #362324
15051 Marlboro Pike
Upper Marlboro, Maryland  20772
(301) 627-4600

M:\Docs\SRF\CMC\Sigal\Line.wpd

Law Offices
*Cain & Wyrough*
15051 Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-4600
fax: 627-2716